1 | Robert J. Lauson, Esq.
2 | LAUSON & TARVER LLP
    880 Apollo Street, Suite 301
3 | El Segundo, CA  90245
    Phone:  (310) 726-0892
4 | Fax:    (310) 726-0893
    Email:  bob@lauson.com

E-FILED: 08/22/16

5 | Attorney for Plaintiff
    ULTRA VIOLET BURLESQUE

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| **ULTRA VIOLET BURLESQUE a California Partnership,** | **CASE NO.: 2:15-CV-06641-PSG-AGP** |
| **Plaintiff,** | |
| v. | **[PROPOSED]** **ORDER GRANTING STIPULATED APPLICATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| **RACHEL DEBOER an individual; and DOES 1 through 10, inclusive,** | |
| **Defendants.** | |

/ / /

/ / /

/ / /

1  The Court hereby approves the stipulation of voluntary dismissal, with
2  prejudice, of the entire action filed by the parties.
3  **IT IS HEREBY ORDERED** that this entire action is dismissed, with
4  prejudice, and each party shall bear its own costs and attorney's fees.
5  The Court retains jurisdiction to enforce the terms of the settlement
6  agreement for a period of 180 days.

Dated: 8/22/16

PHILIP S. GUTIERREZ
_____
U.S. DISTRICT JUDGE

Presented By:

LAUSON & TARVER, LLP

By: /s/ Robert J. Lauson
Robert J. Lauson, Esq.
Attorney Plaintiff
Voice International


/s/_____
Rachel Deboer
*In Pro Per*

- 1 -

1     The Court hereby approves the stipulation of voluntary dismissal, with
2 prejudice, of the entire action filed by the parties.
3     **IT IS HEREBY ORDERED** that this entire action is dismissed, with
4 prejudice, and each party shall bear its own costs and attorney's fees.
5     The Court retains jurisdiction to enforce the terms of the settlement
6 agreement for a period of 180 days.

8 Dated:_____ _____
9                                                      U.S. DISTRICT JUDGE

11
12 Presented By:
13 LAUSON & TARVER, LLP

14 By: /s/ Robert J. Lauson
    Robert J. Lauson, Esq.
    Attorney Plaintiff
15     Voice International

17 /s/ *[signature: Rachel DeBoer]*
18 Rachel Deboer
    *In Pro Per*

- 1 -